```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
KEVIN E. GAMBLE,                    :

                Plaintiff,          :

        - against -                 :          ORDER

MARK D. NEIDITZ and                 :          07 Civ. 6812 (DC)
BONANZA ACQUISITION LLC,
                                    :
                Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2008

**CHIN, District Judge**

     It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

     SO ORDERED.

Dated:    New York, New York
          April 10, 2008

                                          DENNY CHIN
                                          United States District Judge