UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

KELVIN E. GAMBLE,

                                         Docket No. 07 CIV 6812

                          Plaintiff,

-against-                            STIPULATION
                                                      DISCONTINUING
                                                      ACTION

MARK D. NEIDITZ and BONANZA
ACQUISITION LLC,

                          Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, **with prejudice**, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Staten Island, New York
        April 1, 2008

_____
Orin J. Cohen
Attorney for Plaintiff
1162 Victory Boulevard
Staten Island, New York 10301
(718) 448-2889

Vincent P. Crisci, Esq.
Attorney for Defendants
17 State Street
New York, NY 10004
(212) 943-8940
File No. 03-621019-CP

So Ordered

4/29/08

RECEIVED
APR 29 2008
JUDGE CHIN'S CHAMBERS